IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SONJA MARIE FRETWELL, | Case No. 3:17-cv-01328-SB |
| Plaintiff, | **EAJA FEE ORDER** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

**BECKERMAN, Magistrate Judge.**

Pursuant to the parties' Stipulated Motion for Fees, Costs and Expenses Pursuant to Equal Justice Act (ECF No. 32) and supporting documentation, and consistent with the Equal Access to Justice Act, 28 U.S.C. § 2412, THE COURT HEREBY AWARDS $12,971.88 in attorney's fees to Plaintiff, in care of her attorney, Nancy J. Meserow, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010). In addition, the Court awards $10.00 in postage expenses and $5.00 in photocopying costs pursuant to 28 U.SC. § 1920.

///

Any check issued for EAJA fees or costs shall be sent to Plaintiff in care of her attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, OR 97219

**IT IS SO ORDERED.**

DATED this 6th day of November, 2018.

_____
STACIE F. BECKERMAN
United States Magistrate Judge