Nancy J. Meserow, OSB# 820895
njm@meserolaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788
Fax 503-954-1517
Plaintiff's Attorney
njm@meserolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


SONJA FRETWELL,                                      Case No.  3:17-cv-01328-SB

        Plaintiff,

                                      ORDER FOR ATTORNEY FEES
    v.                               UNDER 42 U.S.C § 406(B)

NANCY A. BERRYHILL, Acting
COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.


        Pursuant to U.S.C. § 406(b),  reasonable attorney fees  in the amount of $18, 505.25 are

hereby awarded to Plaintiff's attorney, Nancy J. Meserow.  Previously this Court awarded

Plaintiff EAJA fees in the amount of  $12, 971.88 which were  paid by the government.  When

issuing the 406(b) fee check to Ms. Meserow, the Agency is therefore directed to subtract the

amount paid as EAJA fees, and  send to Ms. Meserow the balance remaining of the $18, 505.25

attorney fees hereby ordered, by check payable to Nancy J. Meserow in the amount of $5,533.37,

sent to her office:

                    Nancy J. Meserow
                    c/o Law Office of Nancy J. Meserow
                    7540 S.W. 51st Avenue
                    Portland, Oregon
                    97219

Any withheld amount then remaining from Plaintiff's awarded benefits should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED this _____12th_____ day of _____May_____, 2020.

STACIE F. BECKERMAN
U.S. MAGISTRATE JUDGE